```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
_____
                              :
ARTHUR WILLIAMS,              :
                              :
        Petitioner,           :   Civ. No. 21-3351 (NLH)
                              :
     v.                       :   MEMORANDUM OPINION & ORDER
                              :
                              :
                              :
WARDEN DAVID ORTIZ,           :
                              :
        Respondent.           :
_____:
```

**APPEARANCES**:

Arthur Williams
96753-038
Fort Dix Federal Correctional Institution
P.O. Box 2000
Joint Base MDL, NJ 08640

    Petitioner pro se

    WHEREAS, Petitioner Arthur Williams has submitted an application to proceed in forma pauperis in his petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, ECF No. 1-1; and

    WHEREAS, it appears that pursuant to Rule 81.2(c) of the Local Rules of Civil Procedure that a petitioner whose prison account exceeds $200.00 is ineligible to proceed in forma pauperis; and

    WHEREAS, Petitioner has $1654.41 in his prison account, ECF No. 1-2 at 4, and

WHEREAS, the Clerk of the Court will be ordered to administratively terminate this action pending receipt of the filing fee,[1]

IT IS on this  25th  day of February 2020,

ORDERED that Petitioner's in forma pauperis application, ECF No. 1-1, is DENIED; and it is further

ORDERED that the Clerk of the Court shall administratively terminate this case pending receipt of the $5.00 filing fee; and it is further

ORDERED that the Clerk of Court shall REOPEN this matter after receiving the filing fee from Petitioner; and it is finally

ORDERED that the Clerk of the Court shall serve a copy of this Order on Petitioner and mark this matter CLOSED.

At Camden, New Jersey

s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.

---

[1] Such an administrative termination is not a "dismissal" for purposes of the statute of limitations or a decision on the merits.